# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRANDON L. JONES,** | ) | **CASE NO. 4:08CV3012** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Dismiss. (Filing No. 7.) Service of process has not yet occurred, nor have Defendants filed an answer or motion for summary judgment. Plaintiff's Motion to Dismiss is therefore granted in accordance with Federal Rule of Civil Procedure 41(a)(1) and this matter is dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Dismiss (Filing No. 7) is granted;

2. Plaintiff's Complaint and this action are dismissed without prejudice;

3. Plaintiff remains responsible for the entire filing fee in this matter; and

4. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 17th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge